**Order filed February 13, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-17-00916-CV
_____

**CHARLES J. GERMANY JR., Appellant**

**V.**

**WELLS FARGO BANK, NA, Appellee**

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCV-239533**

## O R D E R

Appellant's brief was due January 29, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 28, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM